HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | Case No. 1:97-cr-05129 JLT-1<br><br>**STIPULATION REGARDING FURTHER PROCEEDINGS; ORDER THEREON**<br><br>Date:  October 28, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Jennifer L. Thurston |

    Pursuant to the Court's order issued on August 25, 2022 the parties have met and conferred regarding the substantive resolution of Mr. Richardson's § 2255 motion as well as a schedule for further proceedings.

    The parties need additional time to reach a substantive resolution with respect to Mr. Richardson's § 2255 motion, and would like to set a placeholder status conference on October 28, 2022, with the expectation that the status conference will likely not be needed due to anticipated subsequent filings.

    The parties anticipate a re-sentencing hearing for Mr. Richardson on or about January 20, 2023.  Recognizing that the original PSR was prepared February 28, 2000, the parties agree that this Court should order a full updated PSR to assist with the re-sentencing once it is known what counts will be the basis for re-sentencing.

/ / /

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  September 15, 2022 | By */s/ Kirk Sherriff*<br>KIRK SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. RICHARDSON<br>Federal Defender |
| DATED:  September 15, 2022 | By */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JAMES LAMONT RICHARDSON |

**ORDER**

IT IS HEREBY ORDERED that a status conference in this case be set for October 28, 2022 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **September 16, 2022**

_____
UNITED STATES DISTRICT JUDGE

Richardson: Stipulation to Schedule Further Proceedings

-2-