PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:97-CR-05129 JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | OLD DATE: October 28, 2022 |
| JAMES RICHARDSON, | NEW DATE: December 2, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

The United States of America and defendant JAMES RICHARDSON, by and through their attorneys of record, submit this stipulation to continue the status conference in this case from October 28, 2022, to December 2, 2022, at 9:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of <u>United States v. Taylor</u>, 142 S. Ct. 2015 (2022). The parties continue to confer regarding the substantive resolution of Mr. Richardson's § 2255 motion and the scheduling of future proceedings. The parties believe that a continuance of the status conference in this case is in the interest of justice and would allow the parties needed time to address the resolution of this matter and

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

1

to attempt to reach a joint recommendation regarding further proceedings.

IT IS SO STIPULATED.

| Dated:  October 26, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ Kirk E. Sherriff<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated:  October 26, 2022 | HEATHER E. WILLIAMS |
| | /s/ Peggy Sasso<br>(authorized on 10/26/22)<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JAMES RICHARDSON |

**ORDER**

The status conference as to JAMES RICHARDSON is continued from October 28, 2022, to December 2, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 26, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

2