HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:97-cr-05129 JLT-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  January 23, 2023 |
| JAMES LAMONT RICHARDSON, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for December 2, 2022 at 9:00 a.m. should be continued to January 23, 2023 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  The parties are continuing to make progress regarding a joint recommendation to the Court regarding resolution of this matter.  To allow for further discussion and consideration, the parties believe that a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  November 30, 2022 | By *Kirk Sherriff*<br>KIRK SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. RICHARDSON<br>Federal Defender |
| DATED:  November 30, 2022 | By *Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JAMES LAMONT RICHARDSON |

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for December 2, 2022 at 9:00 a.m. is continued to January 23, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **November 30, 2022**

UNITED STATES DISTRICT JUDGE

Richardson: Stipulation to Continue Status Conference

-2-