HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | Case No. 1:97-cr-05129 JLT-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:   March 27, 2023<br>Time:   10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for January 23, 2023 at 10:00 a.m. should be continued to March 27, 2023 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022). It is anticipated that the government will be moving this Court to vacate and dismiss some of Mr. Richardson's convictions in the above captioned case. In light of that, the parties are continuing to work on a joint recommendation to the Court for resolution of this matter. Given the complexity and age of the case, to allow for further discussion and consideration, the parties believe that a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 13, 2023 | By *Kirk Sherriff*<br>KIRK SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 13, 2023 | By *Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JAMES LAMONT RICHARDSON |

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for January 23, 2023 at 10:00 a.m. is continued to March 27, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 13, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

Richardson: Stipulation to Continue Status Conference

-2-