PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JAMES LAMONT RICHARDSON,<br><br>                Defendant. | CASE NO. 1:97-CR-05129 JLT<br><br>[PROPOSED] ORDER VACATING AND DISMISSING RICHARDSON'S CONVICTIONS ON COUNTS 4, 5, 8 AND 9 OF THE SECOND SUPERSEDING INDICTMENT |

Good cause appearing, the parties' Joint Motion to Vacate and Dismiss Richardson's Convictions on Counts 4, 5, 8, and 9 of the Second Superseding Indictment [Doc. No. 54], in light of the recent Supreme Court decision in *United States v. Taylor*, 142 S. Ct. 2015 (2022), is **GRANTED**. The status conference scheduled for March 27, 2023 remains on calendar, and the parties are **DIRECTED** to file a status update with the Court no later than February 15, 2023.

IT IS SO ORDERED.

Dated: **January 26, 2023**

                                                                        */s/ Jennifer L. Thurston*
                                                            UNITED STATES DISTRICT JUDGE