| | |
|---|---|
| 1 | HEATHER E. RICHARDSON, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:97-cr-05129 JLT-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  May 15, 2023 |
| JAMES LAMONT RICHARDSON, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for March 27, 2023 at 10:00 a.m. should be continued to May 15, 2023 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022). The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter, and have made substantial progress towards that objective. Defense counsel represents that she has encountered atypical difficulties arranging access to Mr. Richardson through FCI Mendota where he is housed, which has added a layer of additional, unanticipated, complication, particularly given that counsel had no substantive prior relationship with Mr. Richardson upon which to build.

    In light of the progress that has been made, and given the complexity of the procedural posture where some matters were resolved through a seven-day trial in 1999 and some matters were resolved through a plea agreement the following year, and where neither counsel for the government nor counsel for Mr. Richardson were involved in either disposition, a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.  The parties believe that with this additional continuance, by May 15, 2023, they will be able to establish the path forward, which will either involve a re-sentencing hearing pursuant to the joint recommendation the parties are working towards establishing, or, if such a resolution appears unattainable, then a briefing schedule will need to be set.

                                                            PHILLIP A. TALBERT
                                                            United States Attorney

DATED:  March 22, 2023                      By */s/ Kirk Sherriff*
                                                           KIRK SHERRIFF
                                                            Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                           HEATHER E. WILLIAMS
                                                           Federal Defender

DATED:  March 22, 2023                      By */s/ Peggy Sasso*
                                                           PEGGY SASSO
                                                            Assistant Federal Defender
                                                           Attorney for Defendant
                                                           JAMES LAMONT RICHARDSON

### ORDER

    IT IS HEREBY ORDERED that the status conference scheduled for March 27, 2023 at 10:00 a.m. is continued to May 15, 2023 at 10:00 a.m.

IT IS SO ORDERED.

    Dated:  **March 23, 2023**                                          _[signature]_
                                                                   UNITED STATES DISTRICT JUDGE