HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | Case No. 1:97-cr-05129 JLT-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:  July 17, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for May 15, 2023 at 10:00 a.m. should be continued to July 17, 2023 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter, and have made substantial progress towards that objective.  Defense has discussed with the government some investigation that has recently come to light that she needs to conduct to effectively represent Mr. Richardson in this matter.  The government has agreed to provide defense counsel the time needed to conduct said investigation.

In light of the progress that has been made, and given the complexity of the procedural posture where some matters were resolved through a seven-day trial in 1999 and some matters were resolved through a plea agreement the following year, and where neither counsel for the government nor counsel for Mr. Richardson were involved in either disposition, a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.  The parties are hopeful that by July 17, 2023 they will know whether the matter will simply involve a re-sentencing hearing pursuant to the joint recommendation the parties are working towards establishing, or, if the matter will need to be set for a briefing schedule.

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

DATED:  May 11, 2023                  By */s/ Kirk Sherriff*
                                                  KIRK SHERRIFF
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

DATED:  May 11, 2023                  By */s/ Peggy Sasso*
                                                  PEGGY SASSO
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JAMES LAMONT RICHARDSON

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for May 15, 2023 at 10:00 a.m. is continued to July 17, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **May 12, 2023**                                             /s/ Jennifer L. Thurston
                                                               UNITED STATES DISTRICT JUDGE