HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:97-cr-05129 JLT-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  October 17, 2023 |
| JAMES LAMONT RICHARDSON, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for July 17, 2023 at 10:00 a.m. should be continued to October 17, 2023 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter, and continue to make substantial progress towards that objective. Unlike the co-defendant, Lawrence Robinson, who had only one remaining count following remand, Mr. Richardson has multiple counts remaining arising from two separate judgments entered nine months apart.  The complexity and age of this case has necessitated, and continues to necessitate, significant education and research by the parties to ensure that this Court has the

1  information needed under 18 U.S.C. § 3553(a).  Investigation conducted over the past few months has highlighted the need for further investigation, which is currently being conducted, as well as the need for additional time to process the significance of the information acquired.

Because the parties need additional time to investigate and understand the facts underlying Mr. Richardson's remaining convictions, a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources. The parties expect that the investigation currently being pursued will be completed in the next two months.  The parties have allowed an additional month to process the significance of the information obtained and hopefully complete a joint recommendation to the Court regarding how to proceed on remand.  Accordingly, the parties respectfully request that this Court continue the status conference to October 17, 2023.

                                                    PHILLIP A. TALBERT
                                                   United States Attorney

DATED: July 12, 2023            By */s/Kirk Sherriff*
                                                    KIRK SHERRIFF
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

DATED: July 12, 2023            By */s/Peggy Sasso*
                                                    PEGGY SASSO
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   JAMES LAMONT RICHARDSON

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for July 17, 2023 at 10:00 a.m. is continued to October 17, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **July 13, 2023**                                        *Jennifer L. Thurston*
                                                                    UNITED STATES DISTRICT JUDGE