HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:97-cr-05129 JLT-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  January 22, 2024 |
| JAMES LAMONT RICHARDSON, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for October 17, 2023 at 10:00 a.m. should be continued to January 22, 2024 at 10:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter, and continue to make substantial progress towards that objective.  Two issues have arisen that render one final continuance necessary.

First, investigation being conducted that has necessitated the appointment of CJA counsel for a potential witness has been delayed due to a delay in state court proceedings involving the potential witness.  CJA counsel has met with the potential witness on numerous occasions but

1  has advised that the witness' state court proceedings need to resolve, which is expected to
2  happen by the end of October 2023, before additional conversations can be productive.
3      Second, the government is transitioning counsel from Kirk Sheriff to Jeffrey Spivak.  As
4  previously discussed, this case is both complex and old, involving both a trial and a subsequent
5  plea agreement approximately a year later.
6      Because the parties need additional time to investigate and understand the facts
7  underlying Mr. Richardson's remaining convictions, one final continuance of the status
8  conference in this case is in the interest of justice and reflects the most judicious use of the
9  Court's resources.  The parties continue to work towards a joint recommendation to the Court
10 regarding how to proceed on remand.  Accordingly, the parties respectfully request that this
11 Court continue the status conference to January 22, 2024.

                                PHILLIP A. TALBERT
                                United States Attorney

DATED:  October 11, 2023        By */s/ Jeffrey Spivak*
                                   JEFFREY SPIVAK
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED:  October 11, 2023        By */s/ Peggy Sasso*
                                   PEGGY SASSO
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JAMES LAMONT RICHARDSON

**ORDER**

The status conference scheduled for October 17, 2023 at 10:00 a.m. is continued one final time to January 22, 2024 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **October 11, 2023**

UNITED STATES DISTRICT JUDGE

Richardson: Stipulation to Continue Status Conference                -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Richardson: Stipulation to Continue Status Conference

-3-