HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | Case No. 1:97-cr-05129 JLT-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:   March 4, 2024<br>Time:   9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for January 22, 2024 at 9:00 a.m. should be continued to March 4, 2024 at 9:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022). The parties are continuing to work diligently towards achieving a joint recommendation to the Court for resolution of this matter, and continue to make substantial progress towards that objective. As represented in its prior stipulation the parties expected to have a clear path forward as of January 22, 2024. Unfortunately, given events that have subsequently transpired, the parties respectfully request one additional short continuance to best conserve limited judicial resources.

As noted in its previous stipulation the parties were waiting for a potential witness' state

court proceedings to resolve with the expectation of arranging a debrief shortly thereafter. The potential witness' state court proceedings finally resolved in November. After they resolved, however, the witness began refusing to communicate with his CJA attorney, Serita Rios. Ms. Rios attempted with due diligence to communicate with the potential witness, however, she was not successful. On December 18, 2023, Ms. Rios notified the Office of the Federal Defender that her relationship with the witness appeared to be irreparable.

The parties have been working diligently on an alternative resolution. At this time, it appears all that is needed is input from BOP counsel to confirm how a sentence imposed by this Court will be executed given the complexities of the procedural posture. Once that information is obtained defense counsel will need to arrange for an in-person meeting with Mr. Richardson. Given the frequency of lockdowns at FCI Mendota, the scheduling of such attorney-client interviews are somewhat unpredictable.

The parties believe that a status conference on March 4, 2024 builds in enough of a cushion to address the aforementioned uncertainties, and the parties expect the way forward will be clear as of that date. If the parties are able to proceed sooner, they will notify the Court so the matter can be advanced.

Because additional information is needed as is time for defense counsel to explain said information to Mr. Richardson, a short additional continuance in this case is in the interest of justice and reflects the most judicious use of the Court's resources. Accordingly, the parties respectfully request that this Court continue the status conference to March 4, 2024.

PHILLIP A. TALBERT
United States Attorney

DATED: January 18, 2024            By */s/ Jeffrey Spivak*
                                      JEFFREY SPIVAK
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

Richardson: Stipulation to Continue Status Conference                -2-

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 18, 2024 | By */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JAMES LAMONT RICHARDSON |

**ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for January 22, 2024 at 9:00 a.m. is continued to March 4, 2024 at 9:00 a.m. No further continuances will be granted.

IT IS SO ORDERED.

Dated: **January 18, 2024**

UNITED STATES DISTRICT JUDGE