HEATHER E. RICHARDSON, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES LAMONT RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | Case No. 1:97-cr-05129 JLT-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date: May 6, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for March 4, 2024 at 9:00 a.m. should be continued to May 6, 2024 at 9:00 a.m.

Mr. Richardson's § 2255 motion is before this Court on remand from the Ninth Circuit for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022). The parties have been working diligently towards achieving a joint recommendation to the Court for resolution of this matter, and continue to make substantial progress towards that objective. The parties also recognize that this Court ordered no further continuances in this matter.

Since the parties' last update, we have received the information needed from BOP counsel. As indicated in the last update, following receipt of that information, defense counsel needs to have an in-person meeting with Mr. Richardson, which, as previewed, has proven

1  challenging to arrange.  As discussed in her declaration, defense counsel diligently attempted to
2  meet with Mr. Richardson.  Unfortunately, at the date and time counsel had arranged three weeks
3  earlier with FCI Mendota, when counsel arrived at FCI Mendota on February 23, 2024, she was
4  informed that Mr. Richardson was not available for the scheduled attorney meeting.  As
5  discussed in her declaration, BOP has now re-schedule the attorney interview for February 29,
6  2024.

7  Following that meeting, the parties will need time for final discussions.  Accordingly, in
8  the interests of justice and the most judicious use of the Court's resources, the parties
9  respectfully request that this Court continue the status conference to May 6, 2024.

                                         PHILLIP A. TALBERT
                                         United States Attorney

DATED:  February 28, 2024      By */s/ Jeffrey Spivak*
                                         JEFFREY SPIVAK
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED:  February 28, 2024      By */s/ Peggy Sasso*
                                         PEGGY SASSO
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JAMES LAMONT RICHARDSON

## ORDER

IT IS HEREBY ORDERED that the status conference scheduled for March 4, 2024 at 9:00 a.m. may be continued one final time to May 6, 2024 at 9:00 a.m.  No further continuances will be granted.

IT IS SO ORDERED.

Dated:  **February 28, 2024**                                      /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE