PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LAMONT RICHARDSON,<br><br>Defendant. | CASE NO. 1:97-CR-05129-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: June 17, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
|---|---|

This case is set for sentencing on June 17, 2024. As set forth below, the parties now move, by stipulation, to continue the sentencing one week to June 24, 2024.

Counsel for the United States has a scheduling conflict for June 17, 2024. Given the nature of the case and the voluminous nature of discovery, the case cannot effectively be reassigned. The United States has conferred with Defense Counsel and Probation and neither has no objection to continuing the sentencing hearing one week to June 24, 2024. The continuance will also provide Probation additional time to prepare its memorandum in the case.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE SENTENCING HEARING                              1

| | |
|---|---|
| Dated:  May 28, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated:  May 28, 2024 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Peggy Sasso<br>Peggy Sasso<br>Assistant Federal Defender<br>Counsel for Defendant<br>James Lamont Richardson |

**ORDER**

The Sentencing Hearing in this case is continued from June 17, 2024 to June 24, 2024 at 9:00 am.

IT IS SO ORDERED.

Dated:   **May 28, 2024**

UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING           2